```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF TEXAS
            FORT WORTH DIVISION
```

| | |
|---|---|
| RONNIE RENARD LEMONS, § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:07-CV-598-Y |
| § | |
| REBECCA TAMEZ, Warden, § | |
| FMC-Fort Worth, § | |
| Respondent. § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Ronnie Renard Lemons, along with the August 1, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until August 22 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.[1]

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on August 1, 2008. The Court concludes that the petition for writ of habeas corpus should be denied for the reasons stated in the magistrate judge's findings and conclusions.

The findings, conclusions and recommendation of the magistrate judge are ADOPTED.

---

[1]The Court's mailing of the magistrate judge's report to Ronnie Renard Lemons was returned stamped "Return to Sender--Refused--Unable to Forward," but Lemons has not updated his address of record with the Court. The address on file with the clerk of Court for petitioner Lemons remains the same as when he filed the suit. Because Petitioner has failed to keep the Court apprised of his current address as required by the local rules, see N. D. Tex. Civ. R. 83.13 and 83.14, he has not responded to the August 1, report.

Petitioner Ronnie Renard Lemons's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED.

SIGNED August 27, 2008.

                                                    TERRY R. MEANS
                                                    UNITED STATES DISTRICT JUDGE